**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: Micky M Brdar<br>959 Fairwood Ave<br>Marion, OH 43302<br>SSN xxx-xx-6887 | Case No.: 07-60472<br><br>Chapter 13<br><br>Judge: John E Hoffman Jr |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

| | |
|---|---|
| Dated: August 11, 2010 | /s/ Frank M. Pees<br>Frank M. Pees<br>Chapter 13 Trustee |

**Name and Address** | **Amount**
---|---
Micky M Brdar<br>959 Fairwood Ave<br>Marion, OH 43302 | $31.15