**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re:  Micky M Brdar                                   Case No.: 07-60472
       959 Fairwood Ave
       Marion, OH 43302                          Chapter 13
       SSN  xxx-xx-6887

                                                        Judge: John E Hoffman Jr

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 27, 2010                              /s/ Frank M. Pees
                                                                     Frank M. Pees
                                                                     Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Micky M Brdar<br>959 Fairwood Ave<br>Marion, OH 43302 | $31.15 |